**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LUCIUS VEIGA, MICHAEL STERCHELE, and ALEX PARKER ZIMMERMAN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-02620 |
| v. | ) ) | |
| RESPONDUS, INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT
OF ITS RULE 12(B)(6) MOTION TO DISMISS**

**<u>TABLE OF CONTENTS</u>**

<u>Page</u>

BACKGROUND ...................................................................................................................1

    I.    Procedural History. ....................................................................................1

    II.    Alleged Facts. .............................................................................................2

ARGUMENT .....................................................................................................................3

    A.    Legal Standard. ..........................................................................................3

    B.    Plaintiff Cannot Pursue Claims Under BIPA, An Illinois Law, Because Washington Law Applies. ..........................................................................4

        i.    The Illinois Biometric Information Privacy Act. ..........................4

        ii.    Washington Biometric Privacy Legislation. ...............................5

        iii.    Washington Law Applies To Disputes Between Plaintiffs And Respondus Concerning Respondus Monitor...............................5

            1.    Applying Washington Law does not violate fundamental Illinois public policy. ................................................7

            2.    Illinois does not have a materially greater interest than Washington in the litigation...........................................9

    C.    Plaintiffs Have Alleged That Respondus Complied With BIPA ...........10

    D.    BIPA Does Not Apply to Respondus' Use of Photographs.................15

    E.    The Dismissal Should Be With Prejudice............................................16

Conclusion .....................................................................................................................16

4846-9066-2381.1

## TABLE OF AUTHORITIES

**Page**

**Cases**

*Amin Ijbara Equity Corp. v. Village of Oak Lawn*,
860 F.3d 489 (7th Cir. 2017) ............................................................6, 14

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009)...........................................................................6

*Bell Atl. Corp. v. Twombly*,
550 U.S. 544 (2007)...........................................................................6

*Bridges v. Respondus, Inc.*,
No. 1:21-cv-01785 ............................................................................4, 5

*Brownmark Films, LLC v. Comedy Partners*,
682 F.3d 687 (7th Cir. 2012) ............................................................6, 14

*Demitropoulos v. Bank One Milwaukee, N.A.*,
915 F. Supp. 1399 (N.D. Ill. 1996) ..................................................10

*In re Facebook Biometric Information Privacy Litig.*,
185 F. Supp. 3d 1155 (N.D. Cal. 2016) ..........................................10, 11, 12

*Fortres Grand Corp. v. Warner Bros. Entertainment Inc.*,
947 F. Supp. 2d 922 (N.D. Ind. 2013) .............................................7, 14

*Gociman v. Loyola Univ. of Chi.*,
No. 20 C 3116, 2021 WL 243573 .....................................................18

*Gonzalez-Koeneke v. West*,
791 F.3d 801 (7th Cir. 2015) ............................................................18

*Hinds v. Respondus, Inc.*,
No. 2020 CH 06814 (Cook Cnty. Cir. Ct.) .......................................4

*Janice Doty Unlimited, Inc. v. Stoecker*,
697 F. Supp. 1016 (N.D. Ill. 1988) ..................................................10

*Lucius Veiga, Michael Sterchele, and Alex Parker Zimmerman v. Respondus, Inc.*,
No. 2021 CH 01544 (Cook Cnty. Cir. Ct.) .......................................3, 4, 5

*M. Block & Sons, Inc. v. International Business Machines Corp.*,
No. 04 C 340, 2004 WL 1557631 (N.D. Ill. July 8, 2004) ..............9

ii

*Medline Industries Inc. v. Maersk Medical Ltd.*,
　230 F. Supp. 2d 857 (N.D. Ill. 2002) ....................................................................8

*Mell v. Goodbody & Co.*,
　10 Ill. App. 3d 809 (1st Dist. 1973) ....................................................................10

*Midway Home Entertainment, Inc. v. Atwood Richards, Inc.*,
　No. 98 C 2128, 1998 WL 774123 (N.D. Ill. Oct. 29, 1998).................................8, 10, 11, 12

*Patterson v. Respondus, Inc.*,
　No. 1:20-cv-07692 (N.D. Ill.) ...........................................................................4, 5

*Peregrine Emerging CTA Fund, LLC v. Tradersource, Inc.*,
　2008 WL 474369 (N.D. Ill. Feb. 19, 2008) ..........................................................9

*Potomac Leasing Co. v. Chuck's Pub, Inc.*,
　156 Ill. App. 3d 755 (2d Dist. 1987)...................................................................9, 10, 12

*Smurfit Newsprint Corp. v. Southeast Paper Mfg.*,
　368 F.3d 944 (7th Cir. 2004) ............................................................................9

*Telular Corp. v. Mentor Graphics Corp.*,
　282 F. Supp. 2d 869 (N.D. Ill. 2003) ...............................................................9

(*Veiga v. Respondus*,
　No. 1:21-cv-02620 (N.D. Ill.) ...........................................................................4

*Washington State Major League Baseball Stadium Pub. Facilities Dist. v. Huber,
Hunt & Nichols-Kiewit Const. Co.*,
　296 P.3d 821 (Wash. 2013)...............................................................................13

*WTM, Inc. v. Henneck*,
　125 F. Supp. 2d 864 (N.D. Ill. 2000) ...............................................................10

**Statutes**

740 ILCS 14/5(a) .................................................................................................7

740 ILCS 14/10....................................................................................................17, 18

740 ILCS 14/15(a) ..............................................................................................14

740 ILCS 14/15(b) ..............................................................................................15

28 U.S.C. §§ 1332(a), 1332(d), and 1441 ...........................................................4

Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ..................... *passim*

Wash. Rev. Code Ann. § 19.375.020....................................................................7, 11

iii

Wash. Rev. Code Ann. § 19.375.900................................................................................7

**Other Authorities**

Fed. R. Civ. P. 12(b)(6)........................................................................ *passim*

Local Rule 40.4.............................................................................................4

4846-9066-2381.1

Plaintiffs' Class Action Complaint (*Veiga* Doc. 1 at Ex. 1) ("Complaint") alleges that Defendant, Respondus, Inc. ("Respondus"), violated the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ("BIPA"), through Plaintiffs' use of Respondus Monitor, a remote exam proctoring program. The Complaint, however, fails to state a claim and must be dismissed with prejudice pursuant to Rule 12(b)(6) for three independent reasons. First, BIPA is an Illinois law, and the Terms of Use that Plaintiffs incorporate by reference in their Complaint provide that all disputes between them and Respondus are governed by Washington law. Thus, BIPA simply does not apply to Plaintiffs' claims. Second, even if BIPA did apply, the documents that Plaintiffs incorporate by reference in their Complaint demonstrate that Respondus complied with BIPA. Third, BIPA specifies that it does not apply to the information that forms the basis of Plaintiffs' BIPA claims—photographs and information derived from photographs.

## BACKGROUND

### I. Procedural History.

On November 16, 2020, Plaintiff Jerrie Hinds, through her counsel, filed a case against Defendant in the Circuit Court of Cook County, Illinois, captioned *Hinds v. Respondus, Inc.*, No. 2020 CH 06814 (Cook Cnty. Cir. Ct.), alleging that Defendant violated BIPA through its Respondus Monitor remote exam proctoring software. (*See Patterson v. Respondus, Inc.*, No. 1:20-cv-07692 (N.D. Ill.) ("*Patterson*"), Doc. 1 at ¶ 1). On December 23, 2020, Defendant timely removed that case to this Court on the basis of the Class Action Fairness Act and on the basis of diversity jurisdiction, pursuant to 28 U.S.C. §§ 1332(a), 1332(d), and 1441. (*Patterson* Doc. 1.) On January 22, 2021, Plaintiff Courtnie Patterson was added to the action via the filing of the First Amended Complaint (*Patterson* Doc. 12), and Plaintiff Jerrie Hinds was voluntarily dismissed without prejudice (*Patterson* Doc. 13).

On March 31, 2021, Plaintiffs Lucius Veiga,[1] Michael Sterchele, and Alex Parker Zimmerman filed a duplicative action in the Circuit Court of Cook County, Illinois, captioned *Lucius Veiga, Michael Sterchele, and Alex Parker Zimmerman v. Respondus, Inc.*, No. 2021 CH 01544 (Cook Cnty. Cir. Ct.). (*Veiga v. Respondus*, No. 1:21-cv-02620 (N.D. Ill.) ("*Veiga*") Doc. 1 at Ex. 1.) Defendant was served on April 16, 2021 and timely removed the case to this Court on May 14, 2021. (*Veiga* Doc. 1 ¶¶1-3.) The Court granted a Local Rule 40.4 motion to deem *Veiga* as related to *Patterson* on May 20, 2021. (*Patterson* Doc. 46; *Veiga* Doc. 9.)

Meanwhile, on April 2, 2021, the same counsel representing Plaintiff Patterson filed yet another duplicative case on behalf of Plaintiffs Philip Bridges and Cheng Wu. (*Bridges v. Respondus, Inc.*, No. 1:21-cv-01785 ("*Bridges*"), Doc. 1). The Court granted a motion to deem *Bridges* as related to *Patterson* on April 21, 2021. (*Patterson* Doc. 41; *Bridges* Doc. 14.)

## II.     Alleged Facts.

Plaintiffs allege that Respondus violated BIPA through Plaintiffs' use of Respondus' remote exam proctoring program called Respondus Monitor. (*See generally Veiga* Doc. 1 at Ex. 1, Compl.) Plaintiffs allege that Respondus Monitor collected their "biometric information and identifiers" during remote exam proctoring sessions. (Compl. ¶¶ 8-10.) The Complaint includes one count for alleged violation of Section 15(a) of BIPA related to data retention and destruction policies and practices, and one count for alleged violation of Section 15(b) of BIPA related to written consent and release requirements. (Compl. ¶¶ 48-70.) Plaintiffs seek to assert their claims individually and on behalf of a putative class defined as "[a]ll Illinois citizens, who used Respondus Monitor's software for a remotely proctored exam from 2016 through 2020, and whose

---

[1] Plaintiff Lucius Veiga agreed to arbitrate his claims against Respondus on an individual basis, and Respondus is concurrently filing a motion to stay and compel individual arbitration of Plaintiff Veiga's claims. This Rule 12(b)(6) motion is directed only to the claims of Plaintiffs Sterchele and Zimmerman, not to the claims of Plaintiff Veiga.

4846-9066-2381.1

biometric information or identifiers were collected, captured, purchased, received through trade, or otherwise obtained by Respondus in Illinois in violation of the Illinois Biometric Information Privacy Act, 740 ILCS 14/5 *et seq.*"  (Compl. ¶ 37.)

The Complaint explicitly references the Terms of Use for Respondus Monitor.  (Compl. ¶ 23.)  The Terms of Use make clear that adhering to the terms is a condition of using Respondus Monitor: "[b]y using Respondus Monitor, you agree to these Terms in full."  Ex. A, Terms of Use at p.1.[2]  The Terms of Use further specify under the heading License Requirements Provided by Respondus that "[a]ll legal issues arising from or related to the use of Respondus Monitor between you and Respondus shall be construed in accordance with the laws of the State of Washington, without regard to conflicts of law principles."  Ex. A at p.5.  Respondus is a Washington corporation with its principal place of business in Washington.  (Compl. ¶ 11.)

## ARGUMENT

### A.  Legal Standard.

To survive a motion to dismiss pursuant to Rule 12(b)(6), a complaint must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 663 (2009) (citing *Twombly*, 550 U.S. at 556). A complaint may not rest on "'naked assertion' devoid of 'further factual enhancement.'" *Iqbal*, 556 U.S. at 678 (quoting *Twombly*, 550 U.S. at 557). "Factual allegations must be enough to raise a right to relief above the speculative level." *Twombly*, 550 U.S. at 555.

---

[2] The Terms of Use attached hereto as Exhibit A is the version available at the web address Plaintiffs cite in footnote 9 of their Complaint.  (*See* Compl. ¶ 23 n.9.)

When ruling on a motion to dismiss, the court may consider "documents attached to the complaint, documents central to the complaint and referred to in it, and information that is properly subject to judicial notice." *Amin Ijbara Equity Corp. v. Village of Oak Lawn*, 860 F.3d 489, 493 n.2 (7th Cir. 2017) (internal punctuation and citation omitted). "In effect, the incorporation-by-reference doctrine provides that if a plaintiff mentions a document in his complaint, the defendant may then submit the document to the court without converting defendant's 12(b)(6) motion to a motion for summary judgment. The doctrine prevents a plaintiff from evading dismissal under Rule 12(b)(6) simply by failing to attach to his complaint a document that proves his claim has no merit." *Brownmark Films, LLC v. Comedy Partners*, 682 F.3d 687, 690 (7th Cir. 2012) (internal quotation and alteration marks omitted). Here, Plaintiffs' Complaint explicitly references the Terms of Use for Respondus Monitor, quotes selected portions of those Terms of Use, and cites the web address where those terms are available. (Compl. ¶ 23.) Thus, although Plaintiffs did not attach the full text of the Terms of Use to their Complaint, this Court can and should consider them when ruling on Respondus' motion to dismiss. *See, e.g.*, *Fortres Grand Corp. v. Warner Bros. Entertainment Inc.*, 947 F. Supp. 2d 922, 925 (N.D. Ind. 2013) ("The websites in this case are clearly 'central to the complaint and are referred to in it,' and so for that reason they are being considered in deciding the pending motion to dismiss.").

## B.   Plaintiff Cannot Pursue Claims Under BIPA, An Illinois Law, Because Washington Law Applies.

### i.   The Illinois Biometric Information Privacy Act.

BIPA is a state-specific statute enacted in 2008 to address the growing "use of biometrics . . . in the business and security screening sectors," which the legislature recognized "appears to promise streamlined financial transactions and security screenings." 740 ILCS 14/5(a). The Illinois legislature found that biometrics "are biologically unique to the individual," and that an

4

"overwhelming majority of members of the public are weary of the use of biometrics when such information is tied to finances and other personal information," and "deterred from partaking in biometric identifier-facilitated transactions" in the absence of "State law regulating the collection, use, safeguarding, and storage of biometrics." (*Id.* 14/5(c)—(e).)

       *ii.*     *Washington Biometric Privacy Legislation.*

The state of Washington enacted its own biometric privacy legislation in 2018. The Washington legislature found "that citizens of Washington are increasingly asked to disclose sensitive biological information that uniquely identifies them" and such collection, "without consent or knowledge of the individual whose data is collected, is of increasing concern." Wash. Rev. Code Ann. § 19.375.900. The law, Wash. Rev. Code Ann. § 19.375.020, prohibits any company or individual from entering biometric data "in a database for a commercial purpose, without first providing notice, obtaining consent, or providing a mechanism to prevent the subsequent use of a biometric identifier for a commercial purpose."

       *iii.*     *Washington Law Applies To Disputes Between Plaintiffs And Respondus Concerning Respondus Monitor*

The Terms of Use provide that "[b]y using Respondus Monitor, you agree to these Terms in full." Ex. A at p.1  The Terms of Use contain a choice-of-law provision specifying that "[a]ll legal issues arising from or related to the use of Respondus Monitor between you and Respondus shall be construed in accordance with the laws of the State of Washington, without regard to conflicts of law principles." Ex. A at p.5. As an initial matter, because the contractual choice-of-law provision specifies that Washington law applies "without regard to conflicts of law principles," this Court should apply Washington law without engaging in any further choice-of-law analysis. Because Washington law applies to all disputes between Plaintiffs and Respondus regarding Plaintiffs' use of Respondus Monitor, the Complaint must be dismissed with prejudice because it

only alleges claims under BIPA, an Illinois law, and Illinois law does not apply pursuant to the Washington choice-of-law provision.

Even if the Court were to decide that a choice-of-law analysis is necessary, "[a] federal court exercising diversity jurisdiction must apply the choice-of-law rules of the state in which it sits." *Medline Industries Inc. v. Maersk Medical Ltd.*, 230 F. Supp. 2d 857, 861 (N.D. Ill. 2002) (citing *Klaxon Co. v. Stentor Elec. Mfg. Co.*, 313 U.S. 487, 496 (1941); *Midwest Grain Prods. of Ill., Inc. v. Productization, Inc. & Cmi Corp.*, 228 F.3d 784, 787 (7th Cir. 2000)). Illinois will enforce and give effect to choice-of-law provisions "unless it would *both* violate fundamental Illinois public policy *and* Illinois has a materially greater interest in the litigation than the chosen State." *Midway Home Entertainment, Inc. v. Atwood Richards, Inc.*, No. 98 C 2128, 1998 WL 774123, at *2 (N.D. Ill. Oct. 29, 1998) (emphasis added) (citing *Maher & Associates, Inc. v. Quality Cabinets*, 267 Ill. App. 3d 69 (1994)).  *See also Smurfit Newsprint Corp. v. Southeast Paper Mfg.*, 368 F.3d 944, 949 (7th Cir. 2004) (parties' choice of law applies unless that choice of law "would *both* violate fundamental public policy *and* Illinois has a materially greater interest in the litigation than the chosen State") (quoting *English Co. v. Northwest Envirocon, Inc.*, 278 Ill. App. 3d 406 (1996)) (emphasis in original); *see also Peregrine Emerging CTA Fund, LLC v. Tradersource, Inc.*, 2008 WL 474369, at *3 (N.D. Ill. Feb. 19, 2008) ("The only time that [Illinois] courts would not apply the express choice of law provision would be in an instance 'where the express choice of law 'would *both* violate fundamental public policy *and* when Illinois has a materially greater interest."). Washington law applies here because Plaintiff cannot demonstrate that either factor is met, much less that both factors are met.

1.    *Applying Washington Law does not violate fundamental Illinois public policy.*

Applying Washington law does not violate any fundamental public policy of Illinois, especially since Washington has its own biometric privacy law. Illinois courts have held that "the public policy considerations must be of strong and of a fundamental nature to justify overriding the chosen law of the parties" and "a court should not refuse to apply the law of a foreign state, however unlike its own, unless it is contrary to pure morals and abstract justice, or unless enforcement would be of evil example and harmful to its people." *Potomac Leasing Co. v. Chuck's Pub, Inc.*, 156 Ill. App. 3d 755, 759 (2d Dist. 1987).

Illinois courts routinely enforce choice-of-law provisions even when a foreign state's law precludes plaintiffs from pursuing Illinois-specific claims or defenses. *See M. Block & Sons, Inc. v. International Business Machines Corp.*, No. 04 C 340, 2004 WL 1557631, at *7 (N.D. Ill. July 8, 2004) (dismissing Illinois Consumer Fraud and Deceptive Practices Act claim finding no public policy concerns with enforcing New York choice-of-law provision in contract); *Telular Corp. v. Mentor Graphics Corp.*, 282 F. Supp. 2d 869, 871 (N.D. Ill. 2003) (dismissing Illinois Consumer Fraud Act claim due to Oregon choice of law provision); *WTM, Inc. v. Henneck*, 125 F. Supp. 2d 864, 868 (N.D. Ill. 2000) ("[t]he fact that a different state may provide certain statutory rights for a plaintiff which are not available under the chosen state's law does not invalidate a choice-of-law provision as contrary to public policy"); *Midway Home Entertainment, Inc. v. Atwood Richards, Inc.*, No. 98 C 2128, 1998 WL 774123, at *2 (N.D. Ill. Oct. 29, 1998) (granting motion to dismiss since choice-of-law provisions requiring application of New York law barred the Illinois Consumer Fraud Act claim); *Demitropoulos v. Bank One Milwaukee, N.A.*, 915 F. Supp. 1399, 1414 (N.D. Ill. 1996) (finding differences in scope of two state's consumer fraud acts did not sufficiently implicate public policy concerns); *Janice Doty Unlimited, Inc. v. Stoecker*, 697 F.

7

Supp. 1016, 1020 (N.D. Ill. 1988) (enforcing Georgia choice of law provision and refusing to allow claim under Illinois Consumer Fraud Act); *Mell v. Goodbody & Co.*, 10 Ill. App. 3d 809, 813 (1st Dist. 1973) (holding that NY choice of law provision barred claim that loans were usurious under Illinois law and rejecting argument that "giving effect to New York law . . ., which permits an interest rate higher than that allowed in Illinois, would violate Illinois public policy"); *Potomac Leasing Co.*, 156 Ill. App. at 759 (enforcing Michigan choice of law provision despite leaving defendant with no defense under Michigan law).

With respect to BIPA, Respondus is aware of only one court that has held that applying a foreign state's law would be contrary to Illinois fundamental public policy. *See In re Facebook Biometric Information Privacy Litig.*, 185 F. Supp. 3d 1155 (N.D. Cal. 2016) (refusing to enforce California choice of law provision over Illinois law). The court noted that "[b]y its express terms, BIPA manifests Illinois' substantial policy of protecting its citizens' right to privacy in their personal biometric data." *Id.* at 1169. However, the court repeatedly emphasized that if California law were applied, the Illinois policy of protecting its citizens' biometric privacy interests "would be written out of existence." *Id.* The court noted that "California has no law or policy equivalent to BIPA" and "[u]nlike Illinois, California has not legislatively recognized a right to privacy in personal biometric data." *Id.* at 1169-70.

Although Respondus believes that *In re Facebook* was wrongly decided, even the concerns raised by the court in that non-binding case do not exist here. The Illinois policy of protecting biometric privacy interests is not lost if Washington law is applied. Unlike California, the Washington legislature has explicitly recognized a right to privacy in personal biometric data. *See* Wash. Rev. Code Ann. § 19.375.020. Like Illinois, the Washington legislature sought to address the increased use of biometric identifiers in commercial transactions and enacted a law to protect

8

individuals' biometric privacy rights. While the details of the two laws may vary, applying the Washington biometric privacy law instead of BIPA does not violate any fundamental public policy of Illinois. *See Midway*, 1998 WL 7744123, at *3 (enforcing New York choice of law provision even though New York's consumer fraud statute "left the Illinois residents no recourse" and would "deprive Illinois citizens of protection from the alleged harm").

Additionally, the court in *In re Facebook* notes that which state's choice-of-law rules apply "is potentially significant because California and Illinois choice-of-law rules are not identical" as Illinois uses the "pure morals and abstract justice" consideration that California does not. 185 F. Supp. 3d at 1167, n.1. This consideration makes it even clearer that applying Washington law is not "contrary to pure morals and abstract justice" since consumers are not left with no protection of their biometrics at all. Given Washington's own biometric privacy law, the application of Washington law here does not violate any fundamental public policy of Illinois.

> 2.      *Illinois does not have a materially greater interest than Washington in the litigation.*

Illinois does not have a "materially greater interest" than Washington in this case. Even assuming *arguendo* that Illinois has a generalized interest in protecting its citizens from losing statutory protections, Illinois courts consistently enforce choice-of-law provisions even when plaintiffs are left with narrower or no recourse. *See Midway*, 1998 WL 7744123, at *3; *Potomac Leasing Co.*, 156 Ill. App. at 759. Additionally, Washington has a countervailing interest since Respondus is a Washington corporation and maintains its principal place of business in Washington. (Compl. ¶ 11.)

Unlike in *In re Facebook*, Illinois does not "suffer a complete negation of its biometric privacy protections" if Washington's own biometric privacy law is applied. 185 F. Supp. 3d at 1170. The differences between the two laws is not enough to give Illinois a materially greater

9

interest and override the parties' choice of law. *See Potomac Leasing Co.*, 156 Ill. App. at 759 (finding differences between Michigan and Illinois consumer protection statutes did not "warrant overriding the parties expressed choice of law"). Since both states have biometric privacy laws and Respondus is a Washington corporation and maintains its principal place of business in Washington, Illinois does not have a materially greater interest in this litigation than Washington.

In short, Plaintiffs cannot demonstrate that giving effect to the choice-of-law provision "would *both* violate fundamental Illinois public policy *and* Illinois has a materially greater interest in the litigation than the chosen State." *Midway Home Entertainment*, 1998 WL 774123, at *2 (emphasis added). To the contrary, Plaintiffs cannot demonstrate that *either* element required to avoid application of the Washington choice-of-law clause is met here. Thus, the Court must give effect to the choice-of-law provision and dismiss this case.

### C.    Plaintiffs Have Alleged That Respondus Complied With BIPA

Even if Illinois law were to apply, Plaintiffs have alleged that Respondus did, in fact, comply with BIPA. Plaintiffs' Complaint incorporates by reference the Terms of Use, which make clear that adhering to the terms is a condition of using Respondus Monitor: "[b]y using Respondus Monitor, you agree to these Terms in full." Ex. A at p.1. Furthermore, the Terms of Use explicitly incorporate by reference the Privacy Policy: "The complete Respondus Privacy Policy is available at www.respondus.com/privacy, and we recommend that you review it carefully, particularly if you reside in the European Economic Area…. The section below entitled PRIVACY & SECURITY POLICY, in conjunction with the full Respondus Privacy Policy available at www.respondus.com/privacy, shall govern the privacy policy with respect to Respondus Monitor." Ex. A at p.2; *see also* Ex. 2 at p.3. The Privacy Policy links to the Privacy Center and explains: "Our Privacy Center provides further details about the personal information gathered across various Services, how that information is used, and the legal basis for using the data." Ex. B,

Privacy Policy at 2. The Privacy Center, in turn, links to a page titled Additional Privacy Information – Respondus Monitor.[3] *See* Ex. C, Privacy Center; Ex. D, Additional Privacy Information – Respondus Monitor. Thus, this document may be considered for purposes of this Rule 12(b)(6) motion to dismiss. *See, e.g.*, *Washington State Major League Baseball Stadium Pub. Facilities Dist. v. Huber, Hunt & Nichols-Kiewit Const. Co.*, 296 P.3d 821, 829 (Wash. 2013) ("In general, if the parties to a contract clearly and unequivocally incorporate by reference into their contract some other document, that document becomes part of their contract.") (internal quotation and alteration marks omitted). *See also Amin Ijbara Equity Corp.*, 860 F.3d at 493 n.2; *Brownmark Films*, 682 F.3d at 690; *Fortres Grand Corp.*, 947 F. Supp. 2d at 925.

Count I alleges Respondus violated Section 15(a) of BIPA, which specifies:

> (a) A private entity in possession of biometric identifiers or biometric information must develop a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within 3 years of the individual's last interaction with the private entity, whichever occurs first. Absent a valid warrant or subpoena issued by a court of competent jurisdiction, a private entity in possession of biometric identifiers or biometric information must comply with its established retention schedule and destruction guidelines.

740 ILCS 14/15(a).

However, the documents that Plaintiffs incorporate by reference in their Complaint demonstrate that Respondus *did* have a publicly available retention and destruction policy in effect during the timeframe alleged in the Complaint. The Terms of Use state that "Respondus Monitor will save all recordings of students for a period of one (1) year. Institutions have the ability to

---

[3] The Complaint refers to the Privacy Center and quotes portions of the Additional Privacy Information – Respondus Monitor page. (Compl. ¶¶ 21-22, 30 & n.5-7, 14.) Exhibits B, C and D are the versions of the Privacy Policy, Privacy Center, and Additional Privacy Information – Respondus Monitor pages that were available on Respondus' website on March 24, 2021, the date identified in footnotes 6, 7, and 14 of Plaintiffs' Complaint.

retain the data for up to an additional four (4) years." *See* Ex. A at p.4. The Additional Privacy

Information – Respondus Monitor page also explicitly discloses retention and destruction policies:

> The default data retention period for Respondus Monitor is five years. Respondus
> uses AWS servers which are located in the United States. Upon request, licensing
> institutions can change the data retention period (e.g. one year). If an institution
> terminates its license for Respondus Monitor, the institution may request that user
> data be deleted immediately; alternatively, the data will be retained according to
> the data retention period, which allows an institution to access that data again if
> they restore their Respondus Monitor license. The legal ground for storing a user's
> exam session data on our servers is performance of a contract.

Ex. D at p.2. Because Plaintiffs incorporate these documents by reference in their Complaint, they

have alleged that Respondus did, in fact, comply with Section 15(a). Plaintiffs, consequently, have

not stated a claim for violation of Section 15(a).

Count II alleges that Respondus violated Section 15(b) of BIPA, which specifies:

> (b) No private entity may collect, capture, purchase, receive through trade,
> or otherwise obtain a person's or a customer's biometric identifier or biometric
> information, unless it first:
> (1) informs the subject or the subject's legally authorized
> representative in writing that a biometric identifier or biometric information is
> being collected or stored;
> (2) informs the subject or the subject's legally authorized
> representative in writing of the specific purpose and length of term for which a
> biometric identifier or biometric information is being collected, stored, and used;
> and
> (3) receives a written release executed by the subject of the biometric
> identifier or biometric information or the subject's legally authorized representative.

740 ILCS 14/15(b).

The Terms of Use Plaintiffs incorporate by reference in their Complaint provided the

following description of the information collected by Respondus Monitor under the heading

License Requirements Provided By Respondus:

> The use of Respondus Monitor will require individual student activity to be
> recorded, both audibly and visually, during certain assessment sessions. Other data
> related to individual student activity during assessment sessions may also be
> recorded by Respondus Monitor, such as, for example, without limitation, time

12

taken by a student to answer specific inquiries on an assessment, etc. The recordings may be stored by Respondus, through its Respondus Monitor Services. Respondus Monitor may analyze the recordings through automated processes to generate additional data derived from the recordings, with the additional data being associated with individual students for use by your Institution in evaluating the recordings. The original recordings and data (as referenced above) may be evaluated by agents of your Institution, including your instructors, to review, assess, and analyze student performance and conduct, among other things. The data and recordings may also be used for investigating student conduct violations. Respondus personnel do not review/analyze the recordings except as may be required to resolve technical problems, improve system performance, modify Respondus Monitor, investigate violations of these Terms, or as may be directed by your Institution.

…

Instructors, administrators, and other agents of Institution, may access those recordings and data related to their students through Respondus Monitor.

…

Random samples of video and/or audio recordings may be collected via Respondus Monitor and used by Respondus to improve the Respondus Monitor capabilities for institutions and students. The recordings may be shared with researchers (research institutions and/or biometric experts) under contract with Respondus to assist in such research, and the researchers are under written obligation to maintain the video and/or audio recordings in confidence and under terms at least as strict as the terms herein. No personally identifiable information for students is provided with the video and/or audio recordings to researchers…

Ex. A at p.3.

The Additional Privacy Information – Respondus Monitor page includes the following detailed description of the information that Respondus Monitor collects from a student and the purposes for which that information is used:

A variety of data are automatically processed during an exam session that uses Respondus Monitor. The webcam recording itself goes through an automated "post-processing" step that utilizes facial detection and facial recognition technology to determine: whether the student remained in the video frame, if multiple people appear in the video frame, if the person in the video frame differs from the person who started the exam, and the position of the user's face relative to the webcam recording device.

Respondus Monitor processes other data from the exam session, such as: the date and time the user starts and completes an exam session; the time that each exam question is answered; how much time is spent on each exam question; if/when an answer to an exam question is changed; the quality of the user's internet connection

13

during the exam session (including the time and duration of any internet disconnections); mouse, keyboard and screen activity; the quality of the video recording (in terms of lighting, contrast, movement); and the quality of the audio recording, among other data.

Respondus Monitor continually tracks the applications and processes that are running on the computing device during an exam session.

User data may be aggregated, and then individual user data may be compared to the aggregated data to look for patterns or anomalies, such as whether a user spent an unusually long time answering a question relative to other users.

Summary information for each exam session is made available to the instructor, including a "timeline" where important events are noted (e.g. when an exam question was answered; when an internet disconnection occurred; when multiple people appeared in the video frame). Aggregated data is also provided to the instructor (e.g. the average length of time users spent on an exam question; the average time spent on the entire assessment; the average date/time that users started the exam session).

An overall value is generated for an exam session that helps the instructor determine the risk that exam violations have occurred. Again, these analytics are generated automatically by the Respondus Monitor application.

The legal ground for processing the above-mentioned data is based on Respondus' legitimate need to perform the requirements of the contract.

Depending on the exam settings selected by the instructor, students may be required to show an identification card to the webcam, from which a photo will be taken. The photo image is securely transmitted to the Respondus Monitor server using https, and then stored on the server in encrypted format. Respondus does no further processing or analysis of this data. The legal ground for storing a photo of the identification card is performance of a contract.

Ex. D at p.2.

Because Plaintiffs consented to the Terms of Use, which itself contains extensive disclosures about the information that Respondus Monitor collects and incorporates the other pages that provide even more information about these issues, Plaintiffs have alleged that

Respondus did, in fact, provide all disclosures and obtain all consents allegedly required by BIPA.[4] Consequently, Plaintiffs have failed to state a claim for violation of Section 15(b).

### D. BIPA Does Not Apply to Respondus' Use of Photographs

Even if Illinois law were to apply here, BIPA does not apply to Respondus Monitor because BIPA's plain language expressly excludes both photographs and information derived from photographs. BIPA covers two categories of information: (1) original sources of information about a person ("biometric identifiers," defined as a "retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry") and (2) data derived from those original sources ("biometric information," defined as "information . . . based on an individual's biometric identifier"). 740 ILCS 14/10. BIPA's definition of "biometric identifiers" expressly excludes "photographs," and its definition of "biometric information" excludes "information derived from items or procedures excluded under the definition of biometric identifiers," such as photographs. *Id.*

Here, Plaintiffs' claims that Respondus violated BIPA are based on their allegations that Respondus Monitor captures information from video recordings of students. (*See, e.g.*, Compl. ¶ 19 (alleging that Respondus Monitor "works by using the student's computer webcam to collect images and videos of the student"), *id.* ¶¶ 21 & 30 (referring to webcam recordings).) The Illinois legislature excluded both photographs and information derived from photographs from BIPA's reach. Because Respondus Monitor only collects photographs and information derived therefrom, Respondus Monitor is outside the scope of BIPA, and Plaintiffs' claims must be dismissed pursuant to Rule 12(b)(6).

---

[4] Respondus denies that BIPA applies to Plaintiffs' claims, denies that Respondus Monitor uses biometric information or biometric identifiers as defined by BIPA, and further denies that BIPA applies to Respondus or to the Respondus Monitor technology in any way. Respondus makes these arguments here because Plaintiffs have alleged that Respondus Monitor violates BIPA, and Plaintiffs' allegations must be accepted as true for purposes of a Rule 12(b)(6) motion.

### E.    The Dismissal Should Be With Prejudice

Each of the three independent bases for dismissal identified above involve issues that cannot be cured through amendment.  Thus, the dismissal should be with prejudice.  *See, e.g.*, *Gonzalez-Koeneke v. West*, 791 F.3d 801, 808 (7th Cir. 2015) ("A district court acts within its discretion in denying leave to amend, either by dismissing a complaint with prejudice or by denying a post-judgment motion, when the plaintiff fails to demonstrate how the proposed amendment would cure the deficiencies in the prior complaint."); *Gociman v. Loyola Univ. of Chi.*, No. 20 C 3116, 2021 WL 243573, at *5 n.4 (dismissing complaint with prejudice where dismissal was "based on issues of law and the interpretation of the alleged contract between plaintiffs and defendants" because "pleading additional facts would not save plaintiffs' claim from dismissal").

### Conclusion

Plaintiffs' Complaint fails to state a claim for three independent reasons, any of which is alone sufficient to require dismissal with prejudice.  First, Washington law applies to Plaintiffs' dispute concerning their use of Respondus Monitor, and they consequently cannot bring claims under BIPA, an Illinois law.  Second, even if BIPA did apply, the documents that Plaintiffs incorporate by reference in their Complaint demonstrate that Respondus complied with BIPA.  Third, BIPA specifies that it does not apply to the information that forms the basis of Plaintiffs' BIPA claims—photographs and information derived from photographs.  Because none of these defects could be cured through amendment, the dismissal must be with prejudice.

Dated: June 4, 2021　　　　　　　　RESPONDUS, INC.

By:  /s/ Bonnie Keane DelGobbo

Bonnie Keane DelGobbo (bdelgobbo@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Counsel for Defendant*

17

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

/s/ Bonnie Keane DelGobbo

# EXHIBIT A

This website uses cookies to offer you a better browsing experience. To learn about our use of cookies, see our Privacy Policy. Click yes to accept.    Yes    No

- Home
- Toggle submenu (Solutions for Higher Education)Solutions for Higher Education
  - LockDown Browser
  - Respondus Monitor
  - Respondus 4.0
  - StudyMate Campus
  - Test Bank Network
- Toggle submenu (Solutions for K-12)Solutions for K-12
  - LockDown Browser
  - StudyMate Campus
  - Respondus 4.0
- Toggle submenu (Partnerships)Partnerships
  - SDK Licensing
  - Technology Partners
  - Publishing Partners
- About Respondus
- News
- Support + Resources
- Webinars
- Events
- Contact
- Customer Login

The Wayback Machine - https://web.archive.org/web/20210116171052/https://web.respondus.com/tou-monitor-student/
About News Webinars Support Contact Customer Login

# Respondus®

## Assessment Tools for Learning Syster



# Terms of Use - Respondus Monitor (Student)

*A copy of the Respondus Monitor Terms of Use for Students is shown below for reference. Please note, terms may vary by region. Certain institutions may also use customized versions of these terms. Students should review the terms that appear each time they start an exam as those are the exact terms they must agree to at their institution in order to use Respondus Monitor.*

## Respondus Monitor - Student Terms of Use

These Terms of Use ("Terms"), which incorporate the Respondus Help Center Terms of Use ("Help Center Terms") included at the end of these Terms, are an agreement between you and Respondus, Inc. ("Respondus"), and between you and your learning institution, or your school ("your Institution"), regarding your use of Respondus Monitor®. By using Respondus Monitor, you agree to these Terms in full and that you are age 14 or older, or age 16 or older in the EEA.

Respondus Monitor is a cloud-based service ("Respondus Monitor Services") and software ("Respondus Monitor Software") (also collectively referred to in these Terms as "Respondus Monitor"), that work together to provide an online interactive database of video, audio, and other data captured during student assessment sessions for use in monitoring students.

The Respondus Help Center is a group of services ("Help Services") provided by Respondus, Inc. that enable users of LockDown Browser and Respondus Monitor to troubleshoot technical issues. The Help Services include, for example, a webcam check, system check, the ability to report an issue to Respondus, and links to a knowledge base and technical support.

**REQUIREMENTS OF YOUR INSTITUTION (e.g., your school)**

As part of an effort to use available technology to improve your learning experience by providing convenience, security, and cost-effective education, your Institution is requiring students to use Respondus Monitor for certain, or all, courses. In order to use Respondus Monitor, you must agree to these Terms in full, including this section under REQUIREMENTS OF YOUR INSTITUTION, regarding your relationship with your Institution.

HOW "RESPONDUS MONITOR" WILL BE USED. The use of Respondus Monitor will require individual student activity to be recorded, both audibly and visually, during certain assessment sessions. Other data related to individual student activity during assessment sessions may also be recorded by Respondus Monitor, such as, for example, without limitation, time taken by a student to answer specific inquiries on an assessment, etc. The recordings are controlled by your Institution and will be processed by an agent of your Institution, namely, Respondus, through its Respondus Monitor Services. Respondus Monitor may analyze the recordings through automated processes to generate additional data derived from the recordings, with the additional data being associated with individual students for use by your Institution in evaluating the recordings. The additional data, as well as the original recordings, may be evaluated by agents of your Institution, including your instructors, to review, assess, and analyze student performance and conduct, among other things, for the purpose of improving educational processes for students, including investigating student conduct violations. Your Institution works with Respondus to help ensure your privacy regarding the recordings and to comply with federal regulations as to any information or data (including any of the video or audio recordings). See the sections below "PRIVACY" and "PRIVACY AND SECURITY POLICY". The complete Respondus Privacy Policy is available at www.respondus.com/privacy, and we recommend that you review it carefully, particularly if you reside in the European Economic Area.

ACTIVITY GENERAL. You are responsible for your conduct and activities arising during use of Respondus Monitor and for any information or data you provide to or through Respondus Monitor. Your Institution is not responsible for, nor liable for, any mistakes, inaccuracies, lack of usefulness, defamation, omissions, falsehood, obscenity or otherwise offensive material in any of the information or data provided to Respondus Monitor by users. You also understand that your Institution does not, and has no obligation to, monitor, pre-screen nor pre-approve information or data, but that your Institution shall nonetheless have the right (but not the obligation) in its sole discretion, to refuse, delete or move any information or data that is available via Respondus Monitor, for any reason, including a violation of any of these Terms.

WARRANTIES YOU PROVIDE TO YOUR INSTITUTION. You warrant and represent to your Institution that you are not infringing the intellectual property rights of others whenever you provide information or data on or through Respondus Monitor. You also agree that your Institution is not responsible for protecting any intellectual property rights you, or another party, may assert in any information or data you provide to Respondus Monitor.

OPT-OUT. If you cease to agree with these Terms, or the privacy and security policy below at some point in the future, you may opt-out by contacting your Institution. However, opting-out may affect how you will need to complete your course, and your Institution makes no representations regarding how it will affect your relevant course. As such, we encourage you to speak with your instructor before opting out.

DISCLAIMERS. Your Institution disclaims responsibility or liability for the accuracy, content, completeness, legality, reliability, operability or availability of information or data in the Respondus Monitor Service or Software. Your Institution further disclaims any responsibility for the deletion, failure to store, misdelivery, or untimely delivery of any information or data. Your Institution disclaims any responsibility for any harm resulting from downloading or accessing any information or data through Respondus Monitor. You will bear all risk associated with any information or data you access. Your access or use of any information or data provided by Respondus Monitor or third parties is conditioned on your agreement to these Terms including these disclaimer provisions. Further disclaimers applicable to your relationship with your Institution, as well as with Respondus, are set forth below in the DISCLAIMER section under REQUIREMENTS OF RESPONDUS AND LICENSE PROVIDED BY RESPONDUS.

PRIVACY. The section below entitled PRIVACY & SECURITY POLICY, in conjunction with the full Respondus Privacy Policy available at www.respondus.com/privacy, shall govern the privacy policy with respect to Respondus Monitor. You agree with all reservations of right(s), disclaimers of liability, promises, and acknowledgements governing your relationship with Respondus under the PRIVACY & SECURITY POLICY and the full Respondus Privacy Policy available at www.respondus.com/privacy. As controller of the data, your Institution reserves the right at all times to disclose any information or data (including recordings and any content to the extent applicable) pertaining to you or any other user, as necessary, to comply with the law, a regulation or a governmental request.

MISCELLANEOUS. All legal issues arising from or related to the use of Respondus Monitor between you and your Institution shall be construed in accordance with the laws of the state in which your Institution resides, or if your Institution resides in more than one state, the state in which you attend your Institution, or the state in which the branch of your Institution resides with which you correspond. By using Respondus Monitor and thus agreeing to these Terms, you consent to personal jurisdiction and venue in the state and federal courts located in and serving the county in which your Institution resides, or if your Institution resides in more than one county, the county in which you attend your Institution, or the county in which the branch of your Institution resides with which you correspond. Your Institution may terminate your use of Respondus Monitor if you violate these Terms, and will terminate your use if you use Respondus Monitor to repeatedly infringe on the intellectual property rights of others. If your Institution should fail to enforce any right or provision in these Terms, this failure shall not constitute a waiver of such right or provision or of any other rights or provisions in these Terms. If a court should find that one or more rights or provisions set forth in these Terms are invalid, you agree that the remainder of the right or provisions shall be enforceable and that, to the extent permitted by law, the court shall give effect to the parties' intentions, as reflected in any such right or provision that has been declared invalid or unenforceable. If you do not agree to the Terms, you will not be permitted to use Respondus Monitor. Any term that would naturally survive termination of these Terms shall survive, such as, for example, the disclaimers, and any warranties you provide herein, and this miscellaneous section.

Your Institution may terminate your access to Respondus Monitor at any time, if there is a violation of these Terms.

**LICENSE REQUIREMENTS PROVIDED BY RESPONDUS**

To the extent any terms below conflict with any terms under the REQUIREMENTS OF YOUR INSTITUTION above, the terms above shall govern with respect to your relationship with your Institution and the terms below shall govern with respect to your relationship with Respondus.

In addition, you acknowledge and understand that certain actions set forth in these Terms, which may be taken by Respondus (as outlined below), shall be taken at the direction of your Institution with Respondus acting as an agent of your Institution.

LICENSE GRANT AND ONLINE USE. If you accept these Terms and pay the required license fees to Respondus (if required by Respondus, at its discretion, as set forth below in the Section entitled FEES), you are granted a non-exclusive, non-transferable, non-assignable license to use Respondus Monitor subject to the conditions of these Terms. You may not modify, distribute, sell, or sublicense any part of Respondus Monitor. You may not reverse engineer or attempt to extract the source code of Respondus Monitor, unless laws prohibit those restrictions or you have written permission from Respondus. Respondus Monitor is licensed to you, not sold or transferred to you. You agree that you may not use Respondus Monitor in any way that conflicts with or violates these Terms or other agreements between you and any third-party, including that of your Institution's learning management system ("LMS") through which you are accessing the Respondus Monitor Services.

FEES. The license grant to use Respondus Monitor is separate from the license grant to use Respondus LockDown Browser. If you are initiating Respondus Monitor for demonstration purposes, you will not be charged. Also, Respondus may grant you a temporary license free-of-charge to use Respondus Monitor, at its sole discretion (such as, for example, for beta testing or pilot program purposes), but such free license grant may be terminated at any time by Respondus at its sole discretion.

PRIVACY & SECURITY POLICY. Respondus cares about your privacy and the security of your personal data. The Respondus Privacy Policy is available at www.respondus.com/privacy, and we recommend that you review it carefully, particularly if you reside in the European Economic Area. The information below summarizes important aspects of the security used with Respondus Monitor and how we process your personal data. Together with your Institution, the controller of the data, we work to protect the online privacy of those who use Respondus Monitor.

Respondus Monitor uses the following methods to limit access to personal information or data (e.g., student recordings or other personal information).

Respondus Monitor uses industry standard SSL (Secure Socket Lay) or TLS (Transport Layer Security) encryption to transfer information. Student identifiable information including name, grade, course name, and photos that show identification cards can only be accessed through the learning management system's (LMS's) extension architecture (e.g., Blackboard Building Block).
Only users with instructor credentials for the LMS course (e.g., instructors, teaching assistants, LMS administrators) are able to view video sessions in conjunction with student identifiable information.
Video URLs are "one-time use" and will not function if copied. Respondus uses independent, third-party security firms to perform "penetration testing" of the Respondus Monitor system. This includes a review of the Respondus Monitor architecture and the testing for vulnerabilities and exploits.
Unfortunately, no data transmission over the Internet is 100% secure, and Respondus does not warrant the security of any information collected using its services. By agreeing to these Terms, you agree to use Respondus Monitor at your own risk, and agree that Respondus shall not be liable if a security breach occurs, if the site malfunctions, or if information is misused or mismanaged in any way to your detriment or the detriment of a student or third party, whether by Respondus, your institution, or an unauthorized third party.

The use of Respondus Monitor will require individual student activity to be recorded, both audibly and visually, during certain assessment sessions. Other data related to individual student activity during assessment sessions may also be recorded by Respondus Monitor, such as, for example, without limitation, time taken by a student to answer specific inquiries on an assessment, etc. The recordings may be stored by Respondus, through its Respondus Monitor Services. Respondus Monitor may analyze the recordings through automated processes to generate additional data derived from the recordings, with the additional data being associated with individual students for use by your Institution in evaluating the recordings. The original recordings and data (as referenced above) may be evaluated by agents of your Institution, including your instructors, to review, assess, and analyze student performance and conduct, among other things. The data and recordings may also be used for investigating student conduct violations. Respondus personnel do not review/analyze the recordings except as may be required to resolve technical problems, improve system performance, modify Respondus Monitor, investigate violations of these Terms, or as may be directed by your Institution.

Each student that is recorded will have a unique username or identification code ("ID") and password through the Institution's (or learning institution's) LMS. The ID and password will be usable by students, at the discretion of the Institution, to allow students to transmit recordings and data to the online component of Respondus Monitor if required by Institution as part of an assessment activity. Instructors, administrators and other agents of Institution, may access those recordings and data related to their students through Respondus Monitor. You must guard your password and not share it with anyone to help ensure your security and privacy.

Random samples of video and/or audio recordings may be collected via Respondus Monitor and used by Respondus to improve the Respondus Monitor capabilities for institutions and students. The recordings may be shared with researchers (research institutions and/or biometric experts) under contract with Respondus to assist in such research, and the researchers are under written obligation to maintain the video and/or audio recordings in confidence and under terms at least as strict as the terms herein. No personally identifiable information for students is provided with the video and/or audio recordings to researchers, such as the student's name, course name, institution, grades, or student identification photos submitted as part of the Respondus Monitor exam session. Other than the research purposes identified above, Respondus will not share recordings or personally identifying information of any particular student (collectively also referred to herein as

Respondus will not share recordings or personally identifying information of any particular student (collectively also referred to herein as "personal information or data") with third parties (third parties do not include the student who provided the personal information, the parent/guardian of a student under the age of 18 who provided personal information, or the institution who authorized access by the student to Respondus Monitor Services) unless specifically required by Institution. For example, if Institution uses third parties to manage student personal information (e.g., Institution agents), the Institution may direct Respondus to share the personal information with that third party under the Institution's direction and control.

If, in the future, Respondus, or substantially all of its assets are acquired, the maintenance of all collected personal information or data (including any recordings) may be transferred to the acquiring party, provided that the acquiring party implement a privacy and security policy at least as restrictive as this one, or otherwise compliant with current legal standards, and provided that the collected personal information and data remain under the control of your Institution.

Respondus reserves the right at all times to disclose any information or data (including recordings and any content to the extent applicable) stored by you, your Institution, or any other user as necessary, to comply with the law, a regulation or a governmental request, or to edit or remove any information or data, in whole or in part, that in Respondus' sole discretion, is in violation of these Terms.

If you have any questions regarding privacy and security policy, please contact Respondus by email at or by writing to:

Respondus, Inc.
Attn: Legal – Privacy Team
8201 164th Ave NE, Suite 200
Redmond, WA 98052
USA
Via email: privacy@Respondus.com

USER CONDUCT. You promise NOT to use Respondus Monitor for any of the following purposes or activities:

a. conducting or supporting illegal activity of any type whatsoever;
b. transmitting or storing worms or viruses or any code of a destructive nature;
c. threatening, harassing, abusing, impersonating, injuring or intimidating others;
d. engaging in vulgar, invasive, or hateful conduct, or conduct that invades another's privacy;
e. interfering with others' use of Respondus Monitor, unless such interference is for the purpose of complying with another section of these Terms;
f. delivering spam or collecting information to deliver spam, or sending unsolicited advertisements;
g. decompiling, disassembling, reverse engineering or otherwise attempting to discover any source code contained in Respondus Monitor;
h. disguising the origin of any content transmitted through Respondus Monitor or manipulating your presence on Respondus Monitor; and/or
i. causing the launch of any automated system(s) that access Respondus Monitor in a manner that sends more request messages to servers of Respondus in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. RESPONDUS USERNAME/ID AND PASSWORD POLICY. You must guard the access credentials (e.g., user name and password) that you use to access your Institution's learning system to help ensure your own privacy and security with respect to recordings you initiate using Respondus Monitor, and not share those credentials with others.

ACTIVITY GENERAL. You are responsible for your conduct and activities arising during use of Respondus Monitor and for any information or data you provide to or through Respondus Monitor. You agree that Respondus is not responsible for, nor liable for, any mistakes, inaccuracies, lack of usefulness, defamation, omissions, falsehood, obscenity or otherwise offensive material in any of the information or data provided to Respondus by users. You also understand that Respondus does not, and has no obligation to, monitor, pre-screen nor pre-approve information or data, but that Respondus shall nonetheless have the right (but not the obligation) in its sole discretion, to refuse, delete or move any information or data that is available via Respondus Monitor, for any reason, including a violation of any of these Terms (however, if Respondus elects to, for any reason, refuse, delete or move any recording of student activity for violation of these Terms, Respondus may save a copy of such recording for access by the Institution).

LICENSE PROVIDED TO RESPONDUS. Respondus Monitor will save all recordings of students for a period of one (1) year. Institutions have the ability to retain the data for up to an additional four (4) years. However, Respondus does not guarantee removal of all traces of any information or data (including recordings) from the Respondus Monitor Services after deletion. Respondus does not claim ownership in the information or data Institution or any students provide; however, by providing information or data to Respondus, you grant Respondus, and its affiliates, a fully paid-up, perpetual license to use, store, modify, copy, and transmit any such information or data for the purpose of carrying out the Respondus Monitor Services in accordance with these Terms. CHANGES. Respondus reserves the right to change these Terms at any time, at its discretion, without advance notice to you. Respondus also reserves the right to terminate this service at any time after the end of your current license, without notice; however, if your license is a free license, Respondus reserves the right to terminate your license at any time without notice. If your Institution terminates use of Respondus Monitor during your current license, such that you no longer require use of Respondus Monitor, no refunds will be available.

WARRANTIES YOU PROVIDE. You warrant and represent to Respondus that you are not infringing the intellectual property rights of others whenever you provide information or data on or through Respondus Monitor. You also agree that Respondus is not responsible for protecting any intellectual property rights you, or another party, may assert in any information or data you provide to Respondus Monitor.

Case: 1:21-cv-02620 Document #: 16 Filed: 06/04/21 Page 29 of 44 PageID #:149

any intellectual property rights you, or another party, may assert in any information or data you provide to Respondus Monitor.

OPT-OUT. If you cease to agree with these Terms, or the privacy and security policy at some point in the future, you may opt-out by contacting your Institution. However, opting-out may affect how you will need to complete your course, and Respondus makes no representations regarding how it will affect your relevant course. As such, we encourage you to speak with your instructor before opting out.

DISCLAIMERS. Respondus disclaims responsibility or liability for the accuracy, content, completeness, legality, reliability, operability or availability of information or data in Respondus Monitor. Respondus further disclaims any responsibility for the deletion, failure to store, misdelivery, or untimely delivery of any information or data. Respondus disclaims any responsibility for any harm resulting from downloading or accessing any information or data through Respondus Monitor. You will bear all risk associated with any information or data you access. Your access or use of any information or data provided by Respondus Monitor or third parties in connection with Respondus Monitor is conditioned on your agreement to these Terms including these disclaimer provisions.

RESPONDUS MONITOR IS PROVIDED TO YOU, "AS IS," WITH NO WARRANTIES WHATSOEVER. ALL EXPRESS, IMPLIED, AND STATUTORY WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT, ARE EXPRESSLY DISCLAIMED. TO THE FULLEST EXTENT PERMITTED BY LAW, RESPONDUS DISCLAIMS ANY WARRANTIES FOR THE SECURITY, RELIABILITY, TIMELINESS, AND PERFORMANCE OF RESPONDUS MONITOR. RESPONDUS SIMILARLY DISCLAIMS, TO THE FULLEST EXTENT PERMITTED BY LAW, ANY WARRANTIES FOR ANY INFORMATION OR ADVICE OBTAINED THROUGH RESPONDUS MONITOR.

YOU UNDERSTAND AND AGREE THAT ANY INFORMATION OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF RESPONDUS MONITOR IS OBTAINED AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT MAY RESULT IN THE DOWNLOAD OF SUCH INFORMATION OR DATA. UNDER NO CIRCUMSTANCES SHALL RESPONDUS BE LIABLE TO ANY USER ON ACCOUNT OF THAT USER'S USE OR MISUSE OF AND RELIANCE ON RESPONDUS MONITOR. SUCH LIMITATION OF LIABILITY SHALL APPLY TO PREVENT RECOVERY OF DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, AND PUNITIVE DAMAGES (EVEN IF RESPONDUS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES). SUCH LIMITATION OF LIABILITY SHALL APPLY WHETHER THE DAMAGES ARISE FROM USE OR MISUSE OF AND RELIANCE ON RESPONDUS MONITOR, FROM INABILITY TO USE THE RESPONDUS MONITOR, OR FROM THE INTERRUPTION, SUSPENSION, OR TERMINATION OF RESPONDUS MONITOR OR BY REASON OF ANY INFORMATION OR ADVICE RECEIVED THROUGH RESPONDUS MONITOR. THE FOREGOING DISCLAIMERS, WAIVERS AND LIMITATIONS SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY.

INTELLECTUAL PROPERTY. All web design, text, graphics, the selection and arrangement thereof, and all software compilations, underlying source code, software and all other material on Respondus Monitor are either the copyright or trademark of Respondus, or covered by other intellectual property rights of Respondus or a third party licensor of Respondus. Any use of Respondus Monitor beyond the purpose indicated above is strictly prohibited. You shall not acquire any rights in Respondus' Intellectual property by using Respondus Monitor.

MISCELLANEOUS. All legal issues arising from or related to the use of Respondus Monitor between you and Respondus shall be construed in accordance with the laws of the State of Washington, without regard to conflicts of law principles. Respondus may terminate your use of Respondus Monitor if you violate these Terms, and will terminate your use if you use Respondus Monitor to repeatedly infringe on the intellectual property rights of others. These Terms constitute the entire agreement between the parties with respect to the subject matter contained herein and supersede any other agreements between Respondus and you regarding Respondus Monitor. If Respondus should fail to enforce any right or provision in these Terms, this failure shall not constitute a waiver of such right or provision or of any other rights or provisions in these Terms. If a court should find that one or more rights or provisions set forth in these Terms are invalid, you agree that the remainder of the right or provisions shall be enforceable and that, to the extent permitted by law, the court shall give effect to the parties' intentions, as reflected in any such right or provision that has been declared invalid or unenforceable. If you do not agree to the Terms, you will not be permitted to use this Service. Any term that would naturally survive termination of these Terms shall survive, such as, for example, the DISCLAIMERS, WARRANTIES YOU PROVIDE, and this MISCELLANEOUS section.

Respondus Help Center Terms of Use ("Help Center Terms")

The Respondus Help Center is a group of services ("Help Services") provided by Respondus, Inc. ("Respondus") that enable users of LockDown Browser® and Respondus Monitor® to troubleshoot technical issues. The Help Services include, for example, a webcam check, system check, the ability to report an issue to Respondus, and links to a knowledge base and technical support.

## Accepting the Terms

In order to use the Help Services, you must first agree to the terms ("Help Center Terms") as outlined herein. You may not use the Help Services if you do not accept the Help Center Terms. You can accept the Help Center Terms by: (A) clicking to accept or agree to the Help Center Terms, where this option is made available to you by Respondus in the user interface of the Help Services or other Respondus services; or (B) by otherwise using the Help Services. In any case, you understand and agree that Respondus will treat your use of the Help Services as acceptance of the Help Center Terms.

## Data Collection

Respondus collects data to operate effectively and to strive to provide you with the best experience with LockDown Browser and Respondus Monitor. You provide some of this data directly, such as when you contact us for support. Some data is obtained by recording how you interact

with LockDown Browser and Respondus Monitor by, for example, receiving error reports or usage data from software running on your device. The data we collect depends on the features you use within the Help Services, and includes the following:

**Webcam & Microphone Check.** The webcam and microphone check streams video and audio from your webcam to the Respondus servers. The video and audio can then be played back by you to ensure the webcam and microphone are working properly. The video and audio recorded during the webcam and microphone check is stored in temporary cache on the Respondus server and is automatically deleted in about an hour. Persistent storage is not used for these recordings, and Respondus does not provide a way to electronically identify the recordings as being transmitted from a specific user.

**System Check.** The System Check gathers certain information from your computing device, the networking environment, the institution's Learning Management System, and the Respondus Monitor server itself.

All data gathered during the System Check is presented to you on your screen, including a unique System Check ID. The System Check does NOT contain username, user ID, or the password used to access the institution's Learning Management System.

You have the option to send System Check results by email, and if so, you must enter an email address for the recipient of the email message. If the System Check results are sent by email, log files from software of LockDown Browser are additionally transmitted to a Respondus server. Log files contain details of the interaction between the LockDown Browser and/or Respondus Monitor and your institution's Learning Management System, from the time you log into the Learning Management System using LockDown Browser and Respondus Monitor until the session is exited or terminated. Log files are stored locally on your computer in an encrypted format and, if transmitted to Respondus, are sent in encrypted format over HTTPS. Log files do NOT contain user name, user ID, or the password used to access the institution's Learning Management System.

System Check data and log files may be sent to a Respondus web server or a third party cloud server for storage and further processing by Respondus. Respondus may use System Check data and log files to assist you with a technical issue. Respondus may also aggregate and analyze the System Check data to, for example, improve the Software or its technical support services. System Check data and log files aren't sold, distributed, or made available to affiliate or third party businesses. Report An Issue. The Report An Issue feature enables you to provide feedback to Respondus about LockDown Browser and Respondus Monitor. System Check data and log files, as described above, are collected by Respondus during this process. You are informed of this transfer of data each time the Report An Issue feature is used. You may choose, but you are not required, to provide an email address and contact information when using this feature. System Check data, log files, contact information, and feedback you provide may be sent to a Respondus web server or third party cloud server for storage and further processing by Respondus. No data transmitted to Respondus from the Report An Issue feature will be sold, distributed, or made available to affiliate or third party businesses.

**Knowledge Base.** A link to a knowledge base is included with the Help Services. No individual data is collected by Respondus during the use of the knowledge base, although Respondus may analyze aggregated usage data of the knowledge base to improve the service.

**Technical Support.** The Help Services contains a link that enables users to open a support ticket with Respondus. The System Check ID for the most recent System Check is automatically populated in the form used to create a support ticket. You must additionally enter your name and a valid email address through which communication with the Respondus support team will occur. Throughout the support process, you may, at your own discretion, provide personally identifiable information that will be used by the Respondus support team to analyze the issue and communicate with you. All communication between you and the Respondus team is stored on a Respondus web server, and may be used by Respondus to improve LockDown Browser and/or Respondus Monitor.

**Express Incorporation.** All conditions set forth in the Respondus Monitor Terms of Use, including the RESPONDUS PRIVACY POLICY at www.respondus.com/privacy, and the sections PRIVACY & SECURITY POLICY, USER CONDUCT, RESPONDUS USERNAME/ID AND PASSWORD POLICY, ACTIVITY GENERAL, CHANGES, WARRANTIES YOU PROVIDE, OPT-OUT, DISCLAIMERS, INTELLECTUAL PROPERTY, and MISCELLANEOUS are expressly included in these Help Center Terms to the extent applicable. Respondus will not use data collected via the Help Services in any way that conflicts with the Respondus Monitor Terms of Use. You also expressly agree not to use the Help Services in any way that conflicts with any of the Respondus Monitor Terms of Use, including, for example, the prohibitions set forth in the USER CONDUCT section. Respondus cannot make representations regarding the security of information you transmit through a third party email service provider while using the Help Services; however, to the extent Respondus stores any such information, the storage of such information by Respondus will be compliant with the PRIVACY & SECURITY POLICY and the RESPONDUS PRIVACY POLICY at www.respondus.com/privacy.

Vs 04ADMINTOU20

# Respondus

- About
- Support
- Student Help
- Contact
- Privacy
- Trademark
- Twitter

- Respondus for Higher Ed
- LockDown Browser
- Respondus Monitor
- Respondus 4.0
- StudyMate Campus
- Test Bank Network

- Respondus for K-12
- LockDown Browser
- Respondus 4.0
- StudyMate Campus

- Partnerships
- SDK Licensing
- Technology Partners
- Publishing Partners

Copyright © 2021 Respondus, Inc. All rights reserved.

Skip to main content

# EXHIBIT B

# Respondus Privacy Policy

**Overview**

Respondus cares about your privacy. For this reason, we collect and use personal data only as it might be needed to deliver an exceptional experience using a Respondus application, website, service, or tool (collectively "Services"), regardless of how you access or use them, including through mobile devices.

Our Privacy Policy is intended to describe how and what data we collect, and how and why we use your personal data. It also describes options we provide that let you take control of your personal data that we process.

If at any time you have questions about our practices or any of your rights described below, you may contact us at privacy@respondus.com. This inbox is actively monitored and managed so we can deliver an experience that you can trust.

Similarly, we've created a Privacy Center to provide answers to your most common questions and service-specific details about personal data collection and usage.

**What is Personal Information?**

Personal Information is a name, address, telephone number, email address, identification number, online identifier, and other data collected that could directly or indirectly identify you.

We do not consider personal information to include information that has been anonymized or aggregated so that it can no longer be used to identify a specific natural person, whether in combination with other information or otherwise.

**What information do we collect?**

We collect information so we can provide the best possible experience when you use our Services. Much of what you likely consider personal data is collected directly from you when you:

1. create an account or purchase any of our Services (e.g. name, address, email, phone number, and other billing information);

2. interact with an account manager (e.g. email, phone number, address, job title, institution);

3. request assistance from our customer support team (e.g. email, phone number);

4. complete contact forms, register a product, sign up for a beta program, submit feedback, sign up for a newsletter, or request other information from us (e.g. email); or,

5. participate in contests and surveys, visit our exhibit at a tradeshow, attend a training webinar, or otherwise participate in activities we promote that might require information about you.

We also collect additional information when delivering our Services to you to ensure necessary and optimal performance. This might include account related information that's collected in association with your use of our Services, such as account number, purchases, when products renew or expire, information requests, and customer service requests and notes or details explaining what you asked for and how we responded.

We may also collect information when you open or view a marketing email from us or click on a link within a marketing email.

Our Privacy Center provides further details about the personal information gathered across various Services, how that information is used, and the legal basis for using the data.

**Cookies and similar technologies**

Cookies and similar tracking technologies store information about your use of a particular website or service and are typically used to make services more convenient and personalized. Most cookies are "session cookies," which are automatically deleted whenever you leave a website (and end the "session"). Some cookies remain on your computer until you remove them.

We use cookies and similar tracking technologies on our websites (1) to estimate the number of visitors to the site, (2) to measure general traffic patterns, (3) to store the items you've placed in your shopping cart, and (4) to improve and customize your user experience with our Services. For additional information, and to learn how to manage the technologies we utilize, you can read our policy on our use of cookies, web beacons and similar technologies.

Most browsers permit you to set the browser to accept, reject, or notify you of cookie use. However, some parts of our Services may not function properly if your browser is set to reject cookies. For example, the Administrator Area of Respondus.com uses session cookies to allow a user to navigate from one page to the next without having to login again for each page.

**How we use your personal information**

We strongly believe in both minimizing the data we collect and limiting its use and purpose to only (1) that for which we have been given permission, (2) that which is necessary to deliver the

Services you purchase or interact with, or (3) as we might be required or permitted for legal compliance or other lawful purposes.

We collect various information relating to your purchase or use and/or interactions with our Services to deliver, improve, update and enhance the Services we provide you. We use this information to:

- Improve and optimize the operation and performance of our Services (again, including our websites and mobile applications)
- Diagnose problems with and identify any security risks, errors, or needed enhancements to the Services
- Detect and prevent fraud and abuse of our Services and systems
- Collect aggregate statistics about use of the Services
- Understand and analyze how you use our Services and what products and services are most relevant to you.

Often, much of the data collected is aggregated or statistical data about how individuals use our Services, and is not linked to any personal data, but to the extent that usage data is itself personal data, or is linked or linkable to personal data, we treat it accordingly.

**How we might share your personal information**

We do not sell, rent, or otherwise disclose your personal information to third parties for their marketing and advertising purposes. We may disclose your personal information to partner companies where you have agreed to have that information shared. This disclosure may be required for us to provide you access to our Services, to comply with our legal obligations, to enforce our Terms of Use, to facilitate our marketing activities, or to prevent, detect, mitigate, and investigate fraudulent or illegal activities related to our Services. We attempt to minimize the amount of personal information we disclose to what is directly relevant and necessary to accomplish the specified purpose.

If you use our Services from a country other than the country where our servers are located, your communications with us may result in the transfer of your personal data across international borders. Also, when you call us or initiate contact with a Respondus representative, we may provide you with support from one of our global locations outside your country of origin. In these cases, your personal data is handled according to this Privacy Policy.

We cooperate with government and law enforcement officials and private parties to enforce and comply with the law. We will disclose any information about you to government or law enforcement officials or private parties as we, in our sole discretion, believe necessary or appropriate to respond to claims and legal process (such as subpoena requests), to protect our property and rights or the property and rights of a third party, to protect the safety of the

public or any person, or to prevent or stop activity we consider to be illegal or unethical. To the extent we are legally permitted to do so, we will take reasonable steps to notify you in the event that we are required to provide your personal information to third parties as part of a legal process.

We remain responsible for care of the data that is transferred to third parties, unless you direct us to forward it to the third party.

**How we might communicate with you**

We may contact you directly regarding products or services you have purchased from us, such as may be necessary to deliver transactional or service related communications. We may also contact you regarding products or services when additional information is requested. We may contact you with offers for additional services we think you'll find valuable if you give us consent, or where allowed based upon legitimate interests. These contacts may include email, text (SMS) messages, telephone calls, and printed mailings.

**How you can access, update or delete your data**

To update your subscription preferences or discontinue receiving marketing emails from us, scroll to the bottom of a Respondus email message and select the "Unsubscribe" or "Profile Center" link. Follow the instructions from there.

You can also email subscribe@respondus.com with instructions on your communication preferences; to unsubscribe from all email communications, include the word UNSUBSCRIBE in the subject line.

If you would like to request that your personal information be completely removed from our database, please contact us at privacy@respondus.com.

If you would like to access or update your personal information, please contact us at privacy@respondus.com.

How we secure, store and retain your data

We follow generally accepted standards to store and protect the personal data we collect, both during transmission and once received and stored, including the use of encryption where appropriate.

We retain personal data only for as long as necessary to provide the Services you have requested and thereafter for a variety of legitimate legal or business purposes. These might include retention periods:

- mandated by law, contract or similar obligations applicable to our business operations;

- for preserving, resolving, defending or enforcing our legal/contractual rights; or

- as needed to maintain adequate and accurate business and financial records.

If you have any questions about the security or retention of your personal data, you can contact us at privacy@respondus.com.

**Changes in our Privacy Policy**

We reserve the right to modify this Privacy Policy at any time. If we decide to change our Privacy Policy, we will post those changes on our website and any other places we deem appropriate, so that you are aware of what information we collect, how we use it, and under what circumstances, if any, we disclose it. If we make material changes to this Privacy Policy, we will notify you here, by email, or by means of a notice on our home page, at least thirty (30) days prior to the implementation of the changes.

**Contact Us**

If you have any questions, concerns or complaints about our Privacy Policy, our practices or our Services, you may contact us by email at privacy@respondus.com.

If you prefer, you can send correspondence to:

Respondus
Attn: Legal – Privacy Team
8201 164th Ave NE, Suite 200
Redmond, WA 98052
USA

We will respond to all requests, inquiries or concerns within thirty (30) days, but probably much sooner than that.

# EXHIBIT C

This website uses cookies to offer you a better browsing experience. To learn about our use of cookies, see our Privacy Policy. Click yes to accept.   Yes   No

- Home
- Toggle submenu (Solutions for Higher Education)Solutions for Higher Education
  - LockDown Browser
  - Respondus Monitor
  - Respondus 4.0
  - StudyMate Campus
  - Test Bank Network
- Toggle submenu (Solutions for K-12)Solutions for K-12
  - LockDown Browser
  - StudyMate Campus
  - Respondus 4.0
- Toggle submenu (Partnerships)Partnerships
  - SDK Licensing
  - Technology Partners
  - Publishing Partners
- About Respondus
- News
- Support + Resources
- Webinars
- Events
- Contact
- Customer Login

Skip to main content
About News Webinars Support Contact Customer Login

# Respondus®

## Assessment Tools for Learning System

Privacy Center



# Privacy Center

- Privacy Center
- Privacy Policy
- Privacy Contact
- GDPR + Privacy Shield
- Data Processing Agreement

## Privacy Center Overview

The privacy of your personal information is important to us. We are committed to providing you with an experience with all our products and services that is safe, secure, and trustworthy.

**Our Privacy Principles**

- **Collect as little personal information as possible.** We aim to collect only the personal information needed to ensure we can offer excellent products and services.
- **Be transparent with the information we collect.** We want our users to understand what information Respondus collects and what we plan to do with it.
- **Limit the sharing of customer information.** We limit the sharing of customer information and provide our users with visibility into the few situations where personal information may be shared or disclosed to organizations outside of Respondus.
- **Build and maintain safe products & services.** We work hard to provide users with a safe and trustworthy place to interact with Respondus, our services, and our partners. Security is always a top priority when it comes to gathering, storing and using personal data.

- **Allow users to easily contact us.** Our company is built upon trust and relationships with users. Whether your concern is related to privacy, security, or a service we offer, a real person from our staff will respond to you in a prompt manner.

**Privacy Across Respondus Applications and Services**

Respondus Inc. offers a range of websites, tools, and services ("Services"). Our Privacy Policy describes the personal information we gather across all Services, and how we use that data. Details about how we process personal data for specific Services is available from the links below:

- Respondus.com
- Studymate.com
- Respondus 4
- StudyMate Author
- StudyMate Campus
- LockDown Browser
- Respondus Monitor
- Respondus Test Bank Network

Personal information may also be gathered by Respondus in other ways, such as when a user obtains technical support or interacts with our sales team. Privacy information about these services and interactions is also available:

- Technical Support
- Help Center
- Sales and Marketing

If you have any questions, concerns or complaints about our Privacy Policy, our practices, or our Services, you may contact us by email at privacy@respondus.com. Our Privacy Policy provides additional ways that you may contact us.

# Respondus

- About
- Support
- Student Help
- Contact
- Privacy
- Trademark
- Twitter

- Respondus for Higher Ed
- LockDown Browser
- Respondus Monitor
- Respondus 4.0
- StudyMate Campus
- Test Bank Network

- Respondus for K-12
- LockDown Browser
- Respondus 4.0
- StudyMate Campus

- Partnerships
- SDK Licensing
- Technology Partners
- Publishing Partners

Copyright © 2021 Respondus, Inc. All rights reserved.

# EXHIBIT D

This website uses cookies to offer you a better browsing experience. To learn about our use of cookies, see our Privacy Policy. Click yes to accept.    Yes    No

- Home
- Toggle submenu (Solutions for Higher Education)Solutions for Higher Education
  - LockDown Browser
  - Respondus Monitor
  - Respondus 4.0
  - StudyMate Campus
  - Test Bank Network
- Toggle submenu (Solutions for K-12)Solutions for K-12
  - LockDown Browser
  - StudyMate Campus
  - Respondus 4.0
- Toggle submenu (Partnerships)Partnerships
  - SDK Licensing
  - Technology Partners
  - Publishing Partners
- About Respondus
- News
- Support + Resources
- Webinars
- Events
- Contact
- Customer Login

Skip to main content
About News Webinars Support Contact Customer Login

# Respondus®

## Assessment Tools for Learning System

Privacy Center

≡

## Privacy Center

- Privacy Center
- Privacy Policy
- Privacy Contact
- GDPR + Privacy Shield
- Data Processing Agreement

<< Return to Privacy Center Overview

### Additional Privacy Information - Respondus Monitor

Your privacy is important to Respondus. Our Privacy Policy explains how we gather and process your personal information. The information below provides additional detail about how personal information is gathered and processed when using Respondus Monitor.

Respondus Monitor is a companion product for LockDown Browser that enables students to record themselves with a webcam and microphone during an online exam. The recordings and other data from the exam session are processed automatically; summary information is provided to the instructor, such as if the student left the video frame during the exam session.

The Institutional Terms of Use must be agreed to by an administrator at the licensing institution prior to enabling the Respondus Monitor tool within the Learning Management System. The Student Terms of Use for Respondus Monitor must be agreed to by users (e.g. students) prior to each use of Respondus Monitor.

Respondus Monitor is an enterprise application accessed from within the institution's Learning Management System (LMS). Respondus Monitor uses a plugin to interact with the LMS's application programming interfaces (APIs). Respondus Monitor doesn't require users (e.g. instructors, students) to create an account since the APIs include "single sign-on" capabilities for authentication purposes. The APIs pass the username to the Respondus Monitor server, which then gets stored on the Respondus server. The legal ground for processing your username for this purpose is based on Respondus' legitimate need to perform the requirements of the contract.

In GDPR terms, the Respondus Monitor service is a "processor" of your personal information; the licensing institution (e.g. university) is the "controller" of the personal information gathered and processed. This means we provide the technology for storing and analyzing the data, but the licensing institution (e.g. instructors; administrators) control the actual use of the data.

A variety of data are automatically processed during an exam session that uses Respondus Monitor. The webcam recording itself goes through an automated "post-processing" step that utilizes facial detection and facial recognition technology to determine: whether the student remained in the video frame, if multiple people appear in the video frame, if the person in the video frame differs from the person who started the exam, and the position of the user's face relative to the webcam recording device.

Respondus Monitor processes other data from the exam session, such as: the date and time the user starts and completes an exam session; the time that each exam question is answered; how much time is spent on each exam question; if/when an answer to an exam question is changed; the quality of the user's internet connection during the exam session (including the time and duration of any internet disconnects); mouse, keyboard and screen activity; the quality of the video recording (in terms of lighting, contrast, movement); and the quality of the audio recording, among other data.

Respondus Monitor continually tracks the applications and processes that are running on the computing device during an exam session.

User data may be aggregated, and then individual user data may be compared to the aggregated data to look for patterns or anomalies, such as whether a user spent an unusually long time answering a question relative to other users.

Summary information for each exam session is made available to the instructor, including a "timeline" where important events are noted (e.g. when an exam question was answered; when an internet disconnection occurred; when multiple people appeared in the video frame). Aggregated data is also provided to the instructor (e.g. the average length of time users spent on an exam question; the average time spent on the entire assessment; the average date/time that users started the exam session).

An overall value is generated for an exam session that helps the instructor determine the risk that exam violations have occurred. Again, these analytics are generated automatically by the Respondus Monitor application.

The legal ground for processing the above-mentioned data is based on Respondus' legitimate need to perform the requirements of the contract.

Depending on the exam settings selected by the instructor, students may be required to show an identification card to the webcam, from which a photo will be taken. The photo image is securely transmitted to the Respondus Monitor server using https, and then stored on the server in encrypted format. Respondus does no further processing or analysis of this data. The legal ground for storing a photo of the identification card is performance of a contract.

Respondus Monitor uses APIs from the LMS to display other personal information, such as grades, within the Respondus Monitor application. This information is obtained in real-time from the LMS (using APIs) and isn't processed or stored by Respondus Monitor.

The default data retention period for Respondus Monitor is five years. Respondus uses AWS servers which are located in the United States. Upon request, licensing institutions can change the data retention period (e.g. one year). If an institution terminates its license for Respondus Monitor, the institution may request that user data be deleted immediately; alternatively, the data will be retained according to the data retention period, which allows an institution to access that data again if they restore their Respondus Monitor license. The legal ground for storing a user's exam session data on our servers is performance of a contract.

Most institutions have an "enterprise" license for Respondus Monitor, which means they pay the entire licensing fee themselves. However, some institutions license Respondus Monitor in a way that requires individual users (i.e. students) to purchase a "seat" directly from Respondus. If you purchase a Respondus Monitor seat directly from us, we collect your name, email address and the course ID for which the seat will be used. The legal ground for processing this information is Respondus' legitimate interest in completing and servicing the financial transaction. No additional use is made of this data. We do not view or store your payment card information. A third party, Paypal, processes customer payment card information when Respondus customers use a payment card to make a purchase on a Respondus website. We recommend you carefully review Paypal's Privacy Policy.

If you have any questions, concerns or complaints about our Privacy Policy, our practices, or our Services, you may contact us by email at privacy@respondus.com. Our Privacy Policy provides additional ways that you may contact us.

<< Return to Privacy Center Overview

# Respondus

- About
- Support
- Student Help
- Contact
- Privacy
- Trademark
- Twitter

- Respondus for Higher Ed
- LockDown Browser
- Respondus Monitor
- Respondus 4.0
- StudyMate Campus
- Test Bank Network

- Respondus for K-12
- LockDown Browser
- Respondus 4.0
- StudyMate Campus

- Partnerships
- SDK Licensing
- Technology Partners
- Publishing Partners

Copyright © 2021 Respondus, Inc. All rights reserved.