IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCIUS VEIGA, MICHAEL STERCHELE, and ALEX PARKER ZIMMERMAN on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>RESPONDUS, INC.,<br><br>               Defendant. | Case No. 1:21-cv-02620<br><br>Judge Rebecca R. Pallmeyer |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF MICHAEL STERCHELE'S INDIVIDUAL CLAIMS**

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Sterchele and Defendant Respondus, Inc. (the "Parties"), by and through undersigned counsel, hereby jointly stipulate and agree to the dismissal of certain claims as follows:

1. Plaintiff Michael Sterchele's individual claims against Defendant, including all counterclaims and defenses thereto, shall be dismissed without prejudice;

2. The Parties shall each bear their own costs, attorney's fees, and expenses in connection with the claims dismissed by way of this stipulation; and

3. The claims of all other Plaintiffs in case number 21-cv-02620 are unaffected by this stipulation and contemplated order of dismissal.

WHEREFORE, the Parties respectfully request that the Court enter an order granting this stipulation of dismissal substantially in the form as that which is contemporaneously submitted via email to Proposed_Order_Pallmeyer@ilnd.uscourts.gov in accordance with the Court's standing order.

| | |
|---|---|
| DATE: October 3, 2022 | Respectfully submitted, |

| | |
|---|---|
| */s/ Gary M. Klinger* | */s/ Matthew C. Wolfe* |
| Gary M. Klinger | Matthew C. Wolfe |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 227 W. Monroe Street, Suite 2100 | 111 South Wacker Drive, Suite 4700 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| Tel.: 866-252-0878 | Tel.: (312) 704-7700 |
| Fax: 865-522-0049 | mwolfe@shb.com |
| gklinger@milberg.com | |
| | William F. Northrip |
| Jonathan B. Cohen | Tara D. Kennedy |
| Matthew Lee | **SHOOK, HARDY & BACON L.L.P.** |
| Andrei V. Rado | 111 South Wacker Drive, Suite 4700 |
| Blake Hunter Yagman | Chicago, IL 60606 |
| Erin Ruben | Tel.: (312) 704-7700 |
| Melissa Sims | wnorthrip@shb.com |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | tkennedy@shb.com |
| 100 Garden City Plaza, Suite 500 | Tristan L. Duncan (pro hac vice) |
| Garden City, New York 11530 | **SHOOK, HARDY & BACON L.L.P.** |
| Tel.: 212-594-5300 | 2555 Grand Boulevard |
| jcohen@milberg.com | Kansas City, MO 64108 |
| mlee@milberg.com | (816) 474-6550 |
| arado@milberg.com | tlduncan@shb.com |
| byagman@milberg.com | |
| eruben@milberg.com | ***Attorneys for Defendant Respondus, Inc.*** |
| msims@milberg.com | |
| | |
| ***Attorneys for Plaintiffs and the Putative Class*** | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October 2022, a true and correct copy of the foregoing document was filed using the Court's electronic filing system. Notice of this filing will be sent by the Court's electronic case filing system to all counsel of record registered to receive service as required under applicable local rules. Parties may access this filing through the Court's electronic filing system.

<i>/s/ Gary M. Klinger</i>