**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LUCIUS VEIGA and ALEX PARKER ZIMMERMAN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RESPONDUS, INC.,<br><br>                   Defendant. | No. 1:21-cv-02620<br><br>Hon. Rebecca R. Pallmeyer |

**JOINT STATUS REPORT**

Plaintiffs Lucius Veiga and Alex Parker Zimmerman (collectively, "Plaintiffs") and Defendant Respondus, Inc. ("Respondus" or "Defendant") jointly submit this status report regarding the status of settlement.

The parties are finalizing the Settlement Agreement and expect to obtain client signatures within the next week. The parties will then jointly dismiss the case and re-file for settlement purposes in Illinois state court, given the subject-matter jurisdiction issues over certain BIPA claims previously identified by the Court.

Dated: April 12, 2023

Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
(202) 429-2290 (phone)
(202) 42902294 (fax)
gklinger@milberg.com


Jonathan B. Cohen
Matthew Lee
Erin Ruben
Melissa Sims
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
(212) 594-5300 (phone)
jcohen@milberg.com
mlee@milberg.com
eruben@milberg.com
msims@milberg.com

*Attorneys for Plaintiffs,*
*Lucius Veiga and Alex Parker Zimmerman*

By: /s/ *Matthew C. Wolfe*
Matthew C. Wolfe
William F. Northrip
Tara D. Kennedy
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
mwolfe@shb.com
wnorthrip@shb.com
tkennedy@shb.com


Tristan L. Duncan (*pro hac vice*)
Emily A. Sellers (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Tel: (816) 474-6550
tlduncan@shb.com
esellers@shb.com

*Attorneys for Respondus, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 12, 2023, a true and correct copy of the

foregoing document was served on all counsel of record via the Court's CM/ECF system.


*/s/ Matthew C. Wolfe*