IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCIUS VEIGA and ALEX PARKER ZIMMERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESPONDUS, INC.,<br><br>Defendant. | No. 21 CV 2620<br><br>Judge Rebecca R. Pallmeyer |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between Plaintiffs Lucius Veiga and Alex Parker Zimmerman ("Plaintiffs") and Defendant Respondus, Inc., that all claims asserted in the Complaint by Plaintiffs are hereby dismissed without prejudice. Each party is responsible to pay its own fees, costs, and expenses.

Respectfully submitted,

Plaintiffs

By: */s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: (866) 252-0989
gklinger@milberg.com

Defendant

By: */s/ Matthew C. Wolfe*
Matthew C. Wolfe
**SHOOK, HARDY & BACON, L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Tel: (312) 704-7700
mwolfe@shb.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certify that on April 25, 2023, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** to be served by electronic mail on the following attorneys of record:

      Matthew C. Wolfe
      William F. Northrip
      Tara D. Kennedy
      **SHOOK, HARDY & BACON, L.L.P.**
      111 South Wacker Drive, Suite 4700
      Chicago, Illinois 60606
      mwolfe@shb.com
      wnorthrip@shb.com
      tkennedy@shb.com

      Tristan L. Duncan (pro hac vice)
      Emily A. Sellers (pro hac vice)
      **SHOOK, HARDY & BACON, L.L.P.**
      2555 Grand Boulevard
      Kansas City, MO 64108
      tlduncan@shb.com
      esellers@shb.com

*Attorneys for the Defendant*

                        By: *Gary M. Klinger*