## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lucius Veiga, et al.
                    Plaintiff,

v.                                          Case No.: 1:21−cv−02620
                                            Honorable Rebecca R. Pallmeyer

Respondus Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the Stipulation of Dismissal filed on 4/25/23 [95], this case is dismissed without prejudice. Each party is responsible to pay its own fees, costs, and expenses. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.